RECEIPT # _54833_
AMOUNT $ _150_
SUMMONS ISSUED _ll A_
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK. ____/?__
DATE____/1·4·c1_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

VINCENZO NARDI,
    Plaintiff,

v.

THE KING & I SALES AND
DISTRIBUTION COMPANY, INC.,
STEPHEN M. KING, VILLAGE COSMETICS,
AND HENNING KREKE,
    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

## 04 cv 12345 DPW

MAGISTRATE JUDGE _____

## NOTICE OF REMOVAL OF DEFENDANTS

Defendants, The King & I Sales and Distribution Company, Inc., Stephen M. King, Village Cosmetics, and Henning Kreke (collectively hereinafter "Defendants"), hereby remove the within action from the Barnstable County Superior Court to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C., §§1331, 1441(a) and (b), and 1446(a). As grounds for the removal of this action, Defendants state as follows:

1.    The plaintiff commenced a civil action in the Barnstable County Superior Court in or about October, 2004, captioned *Vincenzo Nardi, v. The King & I Sales and Distribution Company, Inc., et al.*, Barnstable County Superior Court Civil Action No. 04-605A.

2.    Service of the Summons and Complaint was attempted on the Defendants on or about October 15-18, 2004. An Amended Complaint dated October 20, 2004 was later served on at least some of the Defendants.

3.    The plaintiff's Amended Complaint alleges federal statutory claims based on 15 U.S.C. §1125(A), a section of the Lanham Act.

4.    This Court has subject matter jurisdiction over this controversy, pursuant to 28 U.S.C., §1331, federal question jurisdiction.

5.    Attached hereto, pursuant to 28 U.S.C., §1446(a), are copies of the Summons, Complaint and First Amended Complaint.  Defendants reserve all rights to challenge service in this action.

Defendants,
By their Attorney,


_____
Gary W. Smith, Esq.
BBO #550352
Posternak Blankstein & Lund LLP
800 Boylston Street
Boston, MA  02199
Tel.  (617) 973-6277

## CERTIFICATE OF SERVICE

I, Gary W. Smith certify that I served a copy of the within Notice of Removal of Defendants on Evans J. Carter, Esq., Hargraves, Karb, Wilcox & Galvani, LLP, 550 Cochituate Road, PO Box 966, Framingham, MA 01701-0966 by first-class mail, postage prepaid, on November 4, 2004.

Gary W. Smith

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 04-605A

VINCENZO NARDI,

Plaintiff

v.

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., STEPHEN M. KING,
VILLAGE COSMETICS, and HENNING
KREKE,

Defendants

**FIRST AMENDED COMPLAINT**

## COUNT I

### *(False Advertising and Lanham Act, 15 USC §1125(a) and Section 43(a))*

1.     The plaintiff, Vincenzo Nardi, d/b/a Vincent Nardi Salon Spa, with his offices located in Delray Beach, State of Florida and his name is or has been used in salons in the states of Florida, New York, New Jersey and California as well.

2.     The defendant, Stephen M. King, is the president of the defendant, King & I Sales and Distribution Company, Inc. (collectively as "Distributor"), both with offices at 41 Main Street, Orleans, and 399 Route 28, South Orleans, Barnstable County, Massachusetts.

3.     The defendant, Henning Kreke, is the president of the defendant, Village Cosmetics, a German corporation (collectively as "Manufacturer"), and both have offices at Terlaner Strass 12 D-86165 in Augsburg, Germany.

4.     On or about April 26, 2004 and April 27, 2004, respectively, the plaintiff's attorney, in writing, notified both the Distributor and the Manufacturer of his claims. Copies of said letters are

annexed hereto and collectively marked as Exhibit A.

5.      The plaintiff, Vincenzo Nardi, was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C. to maintain her hair. Mr. Nardi has appeared numerous time on network T.V. and his name is synonymous with salons and spas and products sold therein.

6.      Customers of Mr. Nardi have brought to him a product entitled "Fresh Lemon Bath and Shower Gel by Vincenzo Nardi," that had been purchased at a Marshall's store in Florida, manufactured by the Manufacturer and distributed by the Distributed in the United States. The product was sold to companies with numerous stores, such as TJX Corporation of Natick, Massachusetts.

7.      Customers of Mr. Nardi have bought the Manufacturer's products because it had Vincenzo Nardi's name on it. Annexed hereto are photographs of the containers for products entitled "Sea Breeze," "Fresh Lemon," Sweet Vanilla," "Spring Water," Tender Cocoa," "Pink Grapefruit" and "Caribbean Coconut," all of which are or have been sold in the U.S. by the Distributor to companies with multiple stores, such as the TJX Corporation, which owns the "Marshall" stores. Photocopies of these products from the advertising on the Distributor's Website are annexed hereto and collectively marked as Exhibit B.

8.      Many years ago the plaintiff met with individuals from Germany who wanted to use his name in selling products but no agreement was ever entered into. The plaintiff had no idea that his name had been used to market products as he never gave permission to anyone to use his name and good will.

9.      Accordingly the Distributor and the Manufacturer have:

         a.      Made a false or misleading statement in a commercial advertisement about these products;

b.    Said statement actually deceives or has the tendency to deceive a substantial segment of customers;

c.    The deception is material and likely to influence the purchasing decision;

d.    The defendants have placed the statement into interstate commerce; and

e.    The plaintiff has been or is likely to be injured as a result of the statement.

10.    The deceptive advertisement or selling products under plaintiff Vincenzo Nardi's name violates Section 43(a) of the Lanham Act, codified at 15 U.S.C. § 1125(A), which prohibits the defendants from using false, misleading or disparaging representations of fact that misrepresent the nature, characterizations or qualities of its own or the plaintiff's products and as a result, the plaintiff has incurred damages.

## COUNT II

### *(Constructive Trust/Unjust Enrichment)*

The plaintiff incorporates by reference and realleges paragraphs numbered 1 through 10 inclusive, as if fully set forth herein.

11.    With regard to all funds received by the defendants as a result of the sales of product with Vincenzo Nardi's name on them, that the court create a constructive trust over these funds and/or over a fair and just amount of said funds to be paid to the plaintiff to avoid unjust enrichment by the unauthorized use of the plaintiff's name.

## COUNT III

### *(G.L. Chapter 93A)*

The plaintiff incorporates by reference and realleges paragraphs numbered 1 through 11 inclusive, as if fully set forth herein.

F:\CARTER\NARDI\AMENDED COMPLAINT (FIRST).wpd

-3-

12.     All of the defendants are in trade or commerce in Massachusetts so as to come within the purview of G.L. Chapter 93A and their actions hereinbefore complained of occurred primarily and substantially in Massachusetts, as for example, TJX Corporation ordered the products and received them and was solicited by the Distributor, all in this Commonwealth.

13.     By the above-stated actions, the defendants have violated the Lanham Act and G.L. Chapter 93A.

14.     The defendants' actions, as set forth herein, constituted unfair and/or deceptive business practices and/or acts in violation of G.L. Chapter 93A and said actions were knowingly, willfully and intentionally committed.

15.     The plaintiff has suffered monetary loss and has equitable claims as a direct result of the defendants' unfair and/or deceptive business practices and/or acts pursuant to G.L. Chapter 93A.

## PRAYERS FOR RELIEF

1.     Award to the plaintiff compensatory damages in an amount which may be proven at trial, together with prejudgment interest at the maximum rate allowed by law and to require the defendants to disgorge all funds wrongfully obtained using the plaintiff's name.

2.     Award to plaintiff treble damages;

3.     Award to plaintiff his costs and expenses incurred in this action, including reasonable attorney, accountant and expert fees;

4.     Award to plaintiff such other and further relief as this court may deem meet, just and proper.

## JURY CLAIM

The plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Vincenzo Nardi
Plaintiff
By his Attorney

Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA  01701-0966
(508) 620-0140

Dated: October 20, 2004

F:\CARTER\NARDI\AMENDED COMPLAINT (FIRST).wpd

-5-



*VIA FAX 508/875-7728*

April 23, 2004

Evans J. Carter, Esq.
Hargraves, Karb Wilcox & Galvani
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701

Dear Mr. Carter:

Reference is made to your letter to me of April 21, 2004. I have been informed that our vendor for the product referenced in your letter is The King & I, P.O. Box 615, South Orleans, MA 02662. Stephen King can be reached at 508/255-0584 ext. 101. The King & I acts as the distributor for Village Cosmetics, located in Augsburg, Germany.

Very truly yours,
THE TJX COMPANIES, INC.

Ann McCauley
Vice President, Legal

cc:     Stephen King (via fax 508/255-8898)

AM/scm

# HARGRAVES, KARB, WILCOX & GALVANI, LLP
### Attorneys at Law

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone (508) 620-0140
Telefax    (508) 875-7728

April 27, 2004

<u>**BY FAX: 011-49-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**</u>

Henning Kreke, President
Village Cosmetics
Terlaner Strass 12 D-86165
Augsburg, Germany

Re:   Vincenzo Nardi d/b/a Vincenzo Nardi Salon Spa
<u>with Salons at Manahattan (2), New Jersey and Florida</u>

Dear Mr. Kreke:

I have been retained as local counsel in Massachusetts for the above-stated Vincenzo Nardi, who was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C., to maintain her hair. Mr. Nardi has appeared numerous times on network T.V. and his name is synonymous with salons and spas and products sold therein.

I enclose a copy of a letter dated 4/26/04 that I faxed to Stephen King, your local distributor.

My client is not looking, at this time, to stop you from selling products using his name but he wants me to negotiate a fair licensing fee, obtain a full accounting on all products that use his name and insure that he is named as a party on your product liability insurance. He also has some ideas for products of which he has made samples in the skin and hair care markets.

Please contact me this week to discuss this matter. Time is of the essence.

I remain

Very truly yours,

EVANS J. CARTER

EJC/aec
Enclosure

Exclusive Bath, Cosmetics and Personal Care Products - King-and-I.Com                    Page 1 of 1



offering you exclusive imported cosmetics, bath and personal care ]

**HOME       PRIVACY STATEMENT       CONTACT US       SHOPPING BAG       CHECK OI**

Wednesday, July 9, 2003



Badedas - Bellvita - Kappus - La Baignoire - Feng Shui - Woods of Windsor - Village Cosmetics
Vincenzo Nardi

EXHIBIT

B

© 2002 The King and I
All rights reserved.
No portion of this site may be reproduced in whole or in part without written permission of the author.



Wednesday, July 9, 2003

# Village Cosmetics Vincenzo Nardi

## Body Lotions



## Shower Gels







COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. **0 Y - 6 0 5 4**

---

VINCENZO NARDI,

Plaintiff

v.

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., STEPHEN M. KING,
VILLAGE COSMETICS, and HENNING
KREKE,

Defendants

**COMPLAINT**

---

## COUNT 1

### *(False Advertising and Lanham Act, 15 USC §1125(a)*
*and Section 43(a))*

1. The plaintiff, Vincenzo Nardi, d/b/a Vincent Nardi Salon Spa, with his offices located in Delray Beach, State of Florida and his name is or has been used in salons in the states of Florida, New York, New Jersey and California as well.

2. The defendant, Stephen M. King, is the president of the defendant, King & I Sales and Distribution Company, Inc. (collectively as "Distributor"), both with offices at 41 Main Street, Orleans, and 399 Route 28, South Orleans, Barnstable County, Massachusetts.

3. The defendant, Henning Kreke, is the president of the defendant, Village Cosmetics, a German corporation (collectively as "Manufacturer"), and both have offices at Terlaner Strass 12 D-86165 in Augsburg, Germany.

4. On or about April 26, 2004 and April 27, 2004, respectively, the plaintiff's attorney, in writing, notified both the Distributor and the Manufacturer of his claims. Copies of said letters are

F:\CARTLR\NARDI\complaint.wpd

annexed hereto and collectively marked as Exhibit A.

5.     The plaintiff, Vincenzo Nardi, was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C. to maintain her hair. Mr. Nardi has appeared numerous time on network T.V. and his name is synonymous with salons and spas and products sold therein.

6.     Customers of Mr. Nardi have brought to him a product entitled "Fresh Lemon Bath and Shower Gel by Vincenzo Nardi," that had been purchased at a Marshall's store in Florida, manufactured by the Manufacturer and distributed by the Distributed in the United States. The product was sold to companies with numerous stores, such as TJX Corporation of Natick, Massachusetts.

7.     Customers of Mr. Nardi have bought the Manufacturer's products because it had Vincenzo Nardi's name on it. Annexed hereto are photographs of the containers for products entitled "Sea Breeze," "Fresh Lemon," "Sweet Vanilla," "Spring Water," "Tender Cocoa," "Pink Grapefruit" and "Caribbean Coconut," all of which are or have been sold in the U.S. by the Distributor to companies with multiple stores, such as the TJX Corporation, which owns the "Marshall" stores. Photocopies of these products from the advertising on the Distributor's Website are annexed hereto and collectively marked as Exhibit B.

8.     Many years ago the plaintiff met with individuals from Germany who wanted to use his name in selling products but no agreement was ever entered into. The plaintiff had no idea that his name had been used to market products as he never gave permission to anyone to use his name and good will.

9.     Accordingly the Distributor and the Manufacturer have:

      a.     Made a false or misleading statement in a commercial advertisement about these products;

      b.    Said statement actually deceives or has the tendency to deceive a substantial segment of customers;

      c.    The deception is material and likely to influence the purchasing decision;

      d.    The defendants have placed the statement into interstate commerce; and

      e.    The plaintiff has been or is likely to be injured as a result of the statement.

10.    The deceptive advertisement or selling products under plaintiff Vincenzo Nardi's name violates Section 43(a) of the Lanham Act, codified at 15 U.S.C. § 1125(A), which prohibits the defendants from using false, misleading or disparaging representations of fact that misrepresent the nature, characterizations or qualities of its own or the plaintiff's products and as a result, the plaintiff has incurred damages.

## COUNT II

### *(G.L. Chapter 93A)*

The plaintiff incorporates by reference and realleges paragraphs numbered 1 through 10 inclusive, as if fully set forth herein.

11.    All of the defendants are in trade or commerce in Massachusetts so as to come within the purview of G.L. Chapter 93A and their actions hereinbefore complained of occurred primarily and substantially in Massachusetts, as for example, TJX Corporation ordered the products and received them and was solicited by the Distributor, all in this Commonwealth.

12.    By the above-stated actions, the defendants have violated the Lanham Act and G.L. Chapter 93A.

13.    The defendants' actions, as set forth herein, constituted unfair and/or deceptive business practices and/or acts in violation of G.L. Chapter 93A and said actions were knowingly, willfully and intentionally committed.

14.    The plaintiff has suffered monetary loss and has equitable claims as a direct result of the defendants' unfair and/or deceptive business practices and/or acts pursuant to G.L. Chapter 93A.

### PRAYERS FOR RELIEF

1.    Award to the plaintiff compensatory damages in an amount which may be proven at trial, together with prejudgment interest at the maximum rate allowed by law and to require the defendants to disgorge all funds wrongfully obtained using the plaintiff's name.

2.    Award to plaintiff treble damages;

3.    Award to plaintiff his costs and expenses incurred in this action, including reasonable attorney, accountant and expert fees;

4.    Award to plaintiff such other and further relief as this court may deem meet, just and proper.

### JURY CLAIM

The plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Vincenzo Nardi
Plaintiff
By his Attorney

Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA  01701-0966
(508) 620-0140

Dated: October 1, 2004

F:\CARTER\NARDI\complaint.wpd                  -4-

# HARGRAVES, KARB, WILCOX & GALVANI, LLP
### Attorneys at Law

**Evans J. Carter, P.C.**

550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

Telephone (508) 620-0140
Telefax    (508) 875-7728

April 26, 2004

<u>**BY FAX: 508-255-8898**</u>

Mr. Stephen King
The King and I
P.O. Box 615
South Orleans, MA 02662

> Re:    Vincenzo Nardi d/b/a Vincenzo Nardi Salon Spa
> <u>with Salons at Manahattan (2), New Jersey and Florida</u>

Dear Mr. King:

I have been retained as local counsel in Massachusetts for the above-stated Vincenzo Nardi, who was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C., to maintain her hair. Mr. Nardi has appeared numerous times on network T.V. and his name is synonymous with salons and spas and products sold therein.

My client has had customers bring to him a product entitled: Fresh Lemon Bath and Shower Gel by Vincenzo Nardi, manufactured by Village Cosmetics, Augsburg, Germany. Ann McCauley of the TJX Companies, Inc., has, by letter dated April 23, 2004 (a copy of which was sent to you), advised me that you are the vendor and U.S. distributor for this product.

As long as you and/or Village Cosmetics maintains adequate product liability insurance coverage, m y client will not stop you from selling this product using his name, but he must have a contract that will protect him and he must be paid a fair licensing fee and any other products using his name must be approved in advance by him.

I am the founding attorney for Reebok and I consult as an attorney to a number of chief executives whose companies do licensing work. I should also disclose to you that I have done work for a few of the executive officers of TJX and its subsidiaries.

Please contact me forthwith so that we can attempt, in good faith, to amicably resolve this matter.



**HARGRAVES, KARB, WILCOX & GALVANI, LLP**

Mr. Stephen King
Page No. 2
April 26, 2004

I remain

Very truly yours,

EVANS J. CARTER

EJC/aec
Enclosure



**THE TJX COMPANIES, INC.**

*VIA FAX 508/875-7728*

April 23, 2004

Evans J. Carter, Esq.
Hargraves, Karb Wilcox & Galvani
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701

Dear Mr. Carter:

Reference is made to your letter to me of April 21, 2004. I have been informed that our vendor for the product referenced in your letter is The King & I, P.O. Box 615, South Orleans, MA 02662. Stephen King can be reached at 508/255-0584 ext. 101. The King & I acts as the distributor for Village Cosmetics, located in Augsburg, Germany.

Very truly yours,
THE TJX COMPANIES, INC.

Ann McCauley
Vice President, Legal

cc:    Stephen King (via fax 508/255-8898)

AM/scm

# HARGRAVES, KARB, WILCOX & GALVANI, LLP

### Attorneys at Law

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone (508) 620-0140
Telefax   (508) 875-7728

April 27, 2004

**BY FAX: 011-49-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**

Henning Kreke, President
Village Cosmetics
Terlaner Strass 12 D-86165
Augsburg, Germany

> Re:   Vincenzo Nardi d/b/a Vincenzo Nardi Salon Spa
> <u>with Salons at Manahattan (2), New Jersey and Florida</u>

Dear Mr. Kreke:

I have been retained as local counsel in Massachusetts for the above-stated Vincenzo Nardi, who was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C., to maintain her hair. Mr. Nardi has appeared numerous times on network T.V. and his name is synonymous with salons and spas and products sold therein.

I enclose a copy of a letter dated 4/26/04 that I faxed to Stephen King, your local distributor.

My client is not looking, at this time, to stop you from selling products using his name but he wants me to negotiate a fair licensing fee, obtain a full accounting on all products that use his name and insure that he is named as a party on your product liability insurance. He also has some ideas for products of which he has made samples in the skin and hair care markets.

Please contact me this week to discuss this matter. Time is of the essence.

I remain

Very truly yours,

EVANS J. CARTER

EJC/aec
Enclosure



offering you exclusive imported cosmetics, bath and personal care

HOME     PRIVACY STATEMENT     CONTACT US     SHOPPING BAG     CHECK OI

Wednesday, July 9, 2003



Badedas - Bellvita - Kappus - La Baignoire - Feng Shui - Woods of Windsor - Village Cosmetics
Vincenzo Nardi

EXHIBIT

B

© 2002 The King and I
All rights reserved,
No portion of this site may be reproduced in whole or in part without written permission of the author.



Wednesday, July 9, 2003

# Village Cosmetics Vincenzo Nardi

## Body Lotions



## Shower Gels





SEA
BREEZE

VINCENZO NARDI
hand and body lotion



**Marshalls**
12NV-004443720-00LVV- 03 1

**$5.99**



(TO PLAINTIFF'S ATTORNEY.   PLEASE CIRCLE TYPE OF ACTION INVOLVED:   CONTRACT   TORT
                            MOTOR VEHICLE TORT        EQUITABLE RELIEF          OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No. 04-605A

VINCENZO NARDI

VS.

HENNING KEEKE, ET AL.

## SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon _____ Evans J. Carter, Esq. _____

_____ plaintiff's attorney, whose address is

P.O. Box 966, Framingham, MA 01701-0966 USA _____, an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO   Esquire, at Barnstable, the ___ 8th _____

day of ___ October _____, in the year of our Lord two thousand and ___ four _____

_Scott W. Nickerson_   Clerk

**NOTE:** When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: CONTRACT TORT
MOTOR VEHICLE TORT   EQUITABLE RELIEF   OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No. 04-605A

VINCENSO NARDI

VS.

VILLAGE COSMETICS, ET AL.

## SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon Evans J. Carter, Esq.

P. O. Box 966, Framingham, MA 01701-0966 USA ——————— plaintiff's attorney, whose address is
complaint which is herewith served upon you, within 20 days after service of this summons upon you, an answer to the
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO Esquire, at Barnstable, the ___8th___
day of ___October___, in the year of our Lord two thousand and ___four___

_Scott W. Nickerson_ Clerk

**NOTE:** When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:   CONTRACT   TORT
                                 MOTOR VEHICLE TORT     EQUITABLE RELIEF       OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No. 04-605A

A TRUE COPY ATTEST

VINCENZO NARDI

_Rea CuQ_   10/15/04
DEPUTY SHERIFF

VS.

STEPHEN M. KING, ET AL.

### SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon ........ Evans J. Carter, Esq. .......

........................................................................................ plaintiff's attorney, whose address is

P.O. Box 966, Framingham, MA  01701-0966 ........................................., an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO Esquire, at Barnstable, the ............ 8th ............

day of ............ October ............................, in the year of our Lord two thousand and  four

_Scott W. Nickerson_   Clerk

**NOTE:**  When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

(TO PLAINTIFF'S ATTORNEY:  PLEASE CIRCLE TYPE OF ACTION INVOLVED:  CONTRACT   TORT
MOTOR VEHICLE TORT   EQUITABLE RELIEF   OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No.  04-605A

A TRUE COPY ATTEST

10/15/04

DEPUTY SHERIFF

VINCENZO NARDI

VS.

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., ET AL.

## SUMMONS

To the above-named defendant :

You are hereby summoned and required to serve upon ___ Evans J. Carter, Esq. ___

_____ plaintiff's attorney, whose address is

P.O. Box 966, Framingham, MA 01701-0966 _____, an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO Esquire, at Barnstable, the _____ 8th _____

day of _____ October _____, in the year of our Lord two thousand and _four_____.

Scott W. Nickerson   Clerk

**NOTE:**  When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.