# Commonwealth of Massachusetts

BARNSTABLE, ss.

**SUPERIOR COURT**

**No.**  04-605

I, Nancy N. Weir, Assistant Clerk of the Superior Court within and for said County of Barnstable, having, by law, the custody of the seal and all the records, books, documents and papers of, or appertaining to said Court, hereby certify that the papers hereto annexed are true copies of the papers appertaining to said Court, and on file and of record in the Office of said Court, relating to the case of Vincenzo Nardi d/b/a Vincent Nardi Salon Spa  vs. Stephen M. King et al , case #04-605

In witness whereof, I have hereunto set my hand and the seal of said Court, this seventeenth day of November  in the year of our Lord two thousand  four.

_Nancy N Weir_
Assistant Clerk

## BARNSTABLE SUPERIOR COURT
### Case Summary
### Civil Docket

## BACV2004-00605
### Nardi dba v King et al

| File Date | 10/05/2004 | Status | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 11/17/2004 | Session | A - Civil A- Barnstable Superior Court |
| Origin | 1 | Case Type | E99 - Miscellaneous |
| Lead Case | | Track | X |

| Service | 01/03/2005 | Answer | 03/04/2005 | Rule12/19/20 | |
|---|---|---|---|---|---|
| Rule 15 | | Discovery | | Rule 56 | |
| Final PTC | 04/03/2005 | Disposition | 05/03/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Vincenzo  Nardi dba
Active 10/05/2004

**Private Counsel 076560**
Evans J Carter
Hargraves Karb Wilcox & Galvani
550 Cochituate Road
PO Box 966
Framingham, MA 01701-0966
Phone: 508-620-0140
Fax: 508-875-7728
Active 10/05/2004 Notify

**Alias plaintiff name**
Vincent Nardi Salon Spa
Active 10/05/2004

**Defendant**
Stephen M  King
41 Main St
Served: 10/15/2004
Served (answr pending) 10/19/2004

**Private Counsel 550352**
Gary W Smith
Burns & Levinson
125 Summer Street
Boston, MA 02110-1624
Phone: 617-345-3000
Fax: 617-345-3299
Active 11/09/2004 Notify

**Defendant**
King & I Sales and Distribution Company Inc
399 Route 28
South Orleans, MA 02662
Served: 10/15/2004
Served (answr pending) 10/19/2004

*** See Attorney Information Above ***

BARNSTABLE SUPERIOR COURT
Case Summary
Civil Docket

## BACV2004-00605
### Nardi dba v King et al

| **Defendant** | *** See Attorney Information Above *** |
|---|---|
| Henning Kreke<br>12 Terlaner Strass<br>Served: 10/18/2004<br>Served (answr pending) 10/28/2004 | |
| **Defendant**<br>Village Cosmetics<br>Terlaner Strass 12 D-86165<br>Served: 10/18/2004<br>Served (answr pending) 10/28/2004 | *** See Attorney Information Above *** |

ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/05/2004 | | Filing fee paid in the amount of $275.00 including $15.00 surcharge and $20.00 security fee. |
| 10/05/2004 | 1.0 | COMPLAINT & civil action cover sheet filed |
| 10/05/2004 | | Origin 1, Type E99, Track X, copy to attorney |
| 10/05/2004 | 2.0 | Notice of 93A complaint sent to Attorney General |
| 10/19/2004 | 3.0 | SERVICE RETURNED (2): Stephen M King and The King & I Sales and Distribution Company Inc (Defendants) on October 15, 2004, in hand |
| 10/25/2004 | 4.0 | COMPLAINT (Amended) with jury demand |
| 10/28/2004 | 5.0 | SERVICE RETURNED(2): Henning Kreke and Village Cosmetics (Defendants) on 10/18/04 |
| 11/09/2004 | 6.0 | NOTICE: Defendants' of removal to United States District Court |
| 11/17/2004 | | Case REMOVED this date to US District Court of Massachusetts |

| Date | Session | Event | Result |
|---|---|---|---|
| 11/10/2004 | Civil A- Barnstable Superior Court | Status: administrative<br>left mess. for atty- to call me | Event held as scheduled |

| CIVIL ACTION COVER SHEET | 04-605 | Trial Court of Massachusetts Superior Court Department County: BARNSTABLE |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| VINCENZO NARDI | THE KING & I SALES AND DISTRIBUTION COMPANY, INC., STEPHEN H. KING, VILLAGE COSMETICS AND |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| Evans J. Carter, Esq.      (508) 620-0140<br>Hargraves, Karb, Wilcox & Galvani, LLP<br>P.O. Box 966, Framingham, MA 01701-0966<br>Board of Bar Overseers number:  076560 | SUPERIOR COURT<br>BARNSTABLE SS<br>FILED OCT 0 5 2004<br>*Scott W. Nickerson*  Clerk |

### Origin code and track designation

Place an x in one box only:

- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s.97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E99 | G.L. Chapter 93A §11 | ( X ) | (X) Yes    ( ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages.  For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
1.  Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
2.  Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
3.  Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
4.  Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
5.  Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
   Subtotal $. . . . . . . . . .
B.  Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
C.  Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
D.  Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
E.  Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $. . . . . . . . . .
F.  Other documented items of damages (describe)
   $. . . . . . . . . .
G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)

   $. . . . . . . . . .
   TOTAL $. . . . . . . . . .

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):  The claim is estimated to be approximately $100,000 for false advertising, Lanham Act and G.L. Chapter 93A claims.  No accounting has been turned over to date, but TJX Corporation has been selling the unauthorized product for some time.

TOTAL $. 100,000.00 . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record _____    DATE: 10/01/05

6 mtc005-11/99
1-2000

SUPERIOR COURT
BARNSTABLE SS

FILED  OCT 0 1 2004

_Saus h. Nickou_  **Clerk**

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. _04-605_

```
4125A000010/05/04CIVIL ENTR   240.00
4125A000010/05/04SURCHARGE     15.00
4125A000010/05/04SECC          20.00
4125A000010/05/04SUMMONS       20.00
```

VINCENZO NARDI,

Plaintiff

v.

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., STEPHEN M. KING,
VILLAGE COSMETICS, and HENNING
KREKE,

Defendants

**COMPLAINT**

## COUNT I

### *(False Advertising and Lanham Act, 15 USC §1125(a)*
### *and Section 43(a))*

1.      The plaintiff, Vincenzo Nardi, d/b/a Vincent Nardi Salon Spa, with his offices located

in Delray Beach, State of Florida and his name is or has been used in salons in the states of Florida,

New York, New Jersey and California as well.

2.      The defendant, Stephen M. King, is the president of the defendant, King & I Sales and

Distribution Company, Inc. (collectively as "Distributor"), both with offices at 41 Main Street,

Orleans, and 399 Route 28, South Orleans, Barnstable County, Massachusetts.

3.      The defendant, Henning Kreke, is the president of the defendant, Village Cosmetics,

a German corporation (collectively as "Manufacturer"), and both have offices at Terlaner Strass 12

D-86165 in Augsburg, Germany.

4.      On or about April 26, 2004 and April 27, 2004, respectively, the plaintiff's attorney,

in writing, notified both the Distributor and the Manufacturer of his claims.  Copies of said letters are

annexed hereto and collectively marked as Exhibit A.

5.      The plaintiff, Vincenzo Nardi, was known in Manhattan as the hair advisor to the rich and famous.  For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C. to maintain her hair.  Mr. Nardi has appeared numerous time on network T.V. and his name is synonymous with salons and spas and products sold therein.

6.      Customers of Mr. Nardi have brought to him a product entitled "Fresh Lemon Bath and Shower Gel by Vincenzo Nardi," that had been purchased at a Marshall's store in Florida, manufactured by the Manufacturer and distributed by the Distributed in the United States. The product was sold to companies with numerous stores, such as TJX Corporation of Natick, Massachusetts.

7.      Customers of Mr. Nardi have bought the Manufacturer's products because it had Vincenzo Nardi's name on it.  Annexed hereto are photographs of the containers for products entitled "Sea Breeze," "Fresh Lemon," Sweet Vanilla," "Spring Water," Tender Cocoa," "Pink Grapefruit" and "Caribbean Coconut," all of which are or have been sold in the U.S. by the Distributor to companies with multiple stores, such as the TJX Corporation, which owns the "Marshall" stores. Photocopies of these products from the advertising on the Distributor's Website are annexed hereto and collectively marked as Exhibit B.

8.      Many years ago the plaintiff met with individuals from Germany who wanted to use his name in selling products but no agreement was ever entered into. The plaintiff had no idea that his name had been used to market products as he never gave permission to anyone to use his name and good will.

9.      Accordingly the Distributor and the Manufacturer have:

    a.      Made a false or misleading statement in a commercial advertisement about these products;

b.    Said statement actually deceives or has the tendency to deceive a substantial segment of customers;

c.    The deception is material and likely to influence the purchasing decision;

d.    The defendants have placed the statement into interstate commerce; and

e.    The plaintiff has been or is likely to be injured as a result of the statement.

10.    The deceptive advertisement or selling products under plaintiff Vincenzo Nardi's name violates Section 43(a) of the Lanham Act, codified at 15 U.S.C. § 1125(A), which prohibits the defendants from using false, misleading or disparaging representations of fact that misrepresent the nature, characterizations or qualities of its own or the plaintiff's products and as a result, the plaintiff has incurred damages.

## COUNT II

### *(G.L. Chapter 93A)*

The plaintiff incorporates by reference and realleges paragraphs numbered 1 through 10 inclusive, as if fully set forth herein.

11.    All of the defendants are in trade or commerce in Massachusetts so as to come within the purview of G.L. Chapter 93A and their actions hereinbefore complained of occurred primarily and substantially in Massachusetts, as for example, TJX Corporation ordered the products and received them and was solicited by the Distributor, all in this Commonwealth.

12.    By the above-stated actions, the defendants have violated the Lanham Act and G.L. Chapter 93A.

13.    The defendants' actions, as set forth herein, constituted unfair and/or deceptive business practices and/or acts in violation of G.L. Chapter 93A and said actions were knowingly, willfully and intentionally committed.

14.    The plaintiff has suffered monetary loss and has equitable claims as a direct result of the defendants' unfair and/or deceptive business practices and/or acts pursuant to G.L. Chapter 93A.

## PRAYERS FOR RELIEF

1.    Award to the plaintiff compensatory damages in an amount which may be proven at trial, together with prejudgment interest at the maximum rate allowed by law and to require the defendants to disgorge all funds wrongfully obtained using the plaintiff's name.

2.    Award to plaintiff treble damages;

3.    Award to plaintiff his costs and expenses incurred in this action, including reasonable attorney, accountant and expert fees;

4.    Award to plaintiff such other and further relief as this court may deem meet, just and proper.

## JURY CLAIM

The plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Vincenzo Nardi
Plaintiff
By his Attorney

_____
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA  01701-0966
(508) 620-0140

Dated: October 1, 2004

# HARGRAVES, KARB, WILCOX & GALVANI, LLP

## Attorneys at Law

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone  (508) 620-0140
Telefax     (508) 875-7728

April 26, 2004

<u>BY FAX: 508-255-8898</u>

Mr. Stephen King
The King and I
P.O. Box 615
South Orleans, MA 02662

Re:  Vincenzo Nardi d/b/a Vincenzo Nardi Salon Spa
     <u>with Salons at Manahattan (2), New Jersey and Florida</u>

Dear Mr. King:

I have been retained as local counsel in Massachusetts for the above-stated Vincenzo Nardi, who was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C., to maintain her hair. Mr. Nardi has appeared numerous times on network T.V. and his name is synonymous with salons and spas and products sold therein.

My client has had customers bring to him a product entitled: Fresh Lemon Bath and Shower Gel by Vincenzo Nardi, manufactured by Village Cosmetics, Augsburg, Germany. Ann McCauley of the TJX Companies, Inc., has, by letter dated April 23, 2004 (a copy of which was sent to you), advised me that you are the vendor and U.S. distributor for this product.

As long as you and/or Village Cosmetics maintains adequate product liability insurance coverage, m y client will not stop you from selling this product using his name, but he must have a contract that will protect him and he must be paid a fair licensing fee and any other products using his name must be approved in advance by him.

I am the founding attorney for Reebok and I consult as an attorney to a number of chief executives whose companies do licensing work. I should also disclose to you that I have done work for a few of the executive officers of TJX and its subsidiaries.

Please contact me forthwith so that we can attempt, in good faith, to amicably resolve this matter.

EXHIBIT

tabbies

A

**HARGRAVES, KARB, WILCOX & GALVANI, LLP**

Mr. Stephen King
Page No. 2
April 26, 2004

     I remain

                    Very truly yours,

                    EVANS J. CARTER

EJC/aec
Enclosure



**VIA FAX 508/875-7728**

April 23, 2004

Evans J. Carter, Esq.
Hargraves, Karb Wilcox & Galvani
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701

Dear Mr. Carter:

Reference is made to your letter to me of April 21, 2004. I have been informed that our vendor for the product referenced in your letter is The King & I, P.O. Box 615, South Orleans, MA 02662. Stephen King can be reached at 508/255-0584 ext. 101. The King & I acts as the distributor for Village Cosmetics, located in Augsburg, Germany.

Very truly yours,
THE TJX COMPANIES, INC.

Ann McCauley
Vice President, Legal

cc:     Stephen King (via fax 508/255-8898)

AM/scm

# HARGRAVES, KARB, WILCOX & GALVANI, LLP
### Attorneys at Law

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone  (508) 620-0140
Telefax     (508) 875-7728

April 27, 2004

**BY FAX: 011-49-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**

Henning Kreke, President
Village Cosmetics
Terlaner Strass 12 D-86165
Augsburg, Germany

    Re:    Vincenzo Nardi d/b/a Vincenzo Nardi Salon Spa
             with Salons at Manahattan (2), New Jersey and Florida

Dear Mr. Kreke:

I have been retained as local counsel in Massachusetts for the above-stated Vincenzo Nardi, who was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C., to maintain her hair. Mr. Nardi has appeared numerous times on network T.V. and his name is synonymous with salons and spas and products sold therein.

I enclose a copy of a letter dated 4/26/04 that I faxed to Stephen King, your local distributor.

My client is not looking, at this time, to stop you from selling products using his name but he wants me to negotiate a fair licensing fee, obtain a full accounting on all products that use his name and insure that he is named as a party on your product liability insurance. He also has some ideas for products of which he has made samples in the skin and hair care markets.

Please contact me this week to discuss this matter. Time is of the essence.

I remain

                              Very truly yours,

                              EVANS J. CARTER

EJC/aec
Enclosure



offering you exclusive imported cosmetics, bath and personal care

HOME    PRIVACY STATEMENT    CONTACT US    SHOPPING BAG    CHECK O

Wednesday, July 9, 2003



La Baignoire - Provence's
Luxurious Bubble Bath in Hand
Blown Glass and "Cristal" Bottles

Bellvita - Germany's Complete Line of
Honey Based Personal Care Products

Feng Shui - Incense Sticks
Bath Crystals - Candles
Soap - Fragrenced Pebbles

Badedas - Europe's "Best Kept Secret"
with Revitalising Extract of Horsechestnut

Woods of Windsor
Perfumes and Soaps

Kappus
Animal Soaps

Village Cosmetics Vincenzo Nardi

Badedas - Bellvita - Kappus - La Baignoire - Feng Shui - Woods of Windsor - Village Cosmetics
Vincenzo Nardi

EXHIBIT
B
tabbies

© 2002 The King and I
All rights reserved.
No portion of this site may be reproduced in whole or in part without written permission of the author.



Wednesday, July 9, 2003

# Village Cosmetics Vincenzo Nardi

## Body Lotions



## Shower Gels



SEA
BREEZE

VINCENZO NARDI
hand and body lotion



**Marshalls**

1289-001443726-00599- 02 1

**$5.99**

8987--8745--758205--96 V



4 000926 961047

# Commonwealth of Massachusetts
## County of Barnstable
## The Superior Court



CIVIL DOCKET# **BACV2004-00605**

RE:    **Nardi dba v King et al**

TO:    Thomas F. Reilly, Attorney General
Consumer Protection Division
One Ashburton Place
Boston, MA 02108-1698

## **NOTICE OF COMPLAINT/JUDGMENT FILED UNDER CHAP. 93A**

Enclosed is a copy of the Complaint/*Judgment in the above entitled action seeking relief pursuant to G.L. Chap. 93A, filed on **10/05/2004**  in the Barnstable Superior Court.

Dated at Barnstable, Massachusetts this 5th day of October, 2004.

Scott W. Nickerson,
Clerk of the Courts

By:

...............................................................
John S. Dale
Assistant Clerk

ENC.

(TO PLAINTIFF'S ATTORNEY:    PLEASE CIRCLE TYPE OF ACTION INVOLVED:    CONTRACT    TORT
MOTOR VEHICLE TORT        EQUITABLE RELIEF            OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

**SUPERIOR COURT**
No. 04-605A

> SUPERIOR COURT
> BARNSTABLE SS
>
> FILED   OCT 1 9 2004
>
> *Scott W. Nickerson*   Clerk

VINCENZO NARDI

VS.

STEPHEN M. KING, ET AL.

## SUMMONS

To the above-named defendant   :

    You are hereby summoned and required to serve upon ............................ Evans J. Carter, Esq. .................................

............................................................................................................. plaintiff's attorney, whose address is

...... P.O. Box 966, Framingham, MA  01701-0966 .............................................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

    Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

    **Witness,** SUZANNE V. DEL VECCHIO **Esquire,** at Barnstable, the .................... 8th ..............................

day of .................... October ...................................., in the year of our Lord two thousand and .... four ....................

*Scott W. Nickerson*   Clerk

**NOTE:**  When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
    separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

    You need not appear personally in court to answer the complaint but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:   CONTRACT   TORT
                MOTOR VEHICLE TORT        EQUITABLE RELIEF            OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.                                          SUPERIOR COURT
                                                        No.  04-605A

SUPERIOR COURT
BARNSTABLE SS

FILED    OCT 1 9 2004

_Scott W. Nickerson_  Clerk

VINCENZO NARDI

VS.

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., ET AL.

## SUMMONS

To the above-named defendant   :

You are hereby summoned and required to serve upon   Evans J. Carter, Esq.

..................................................................................... plaintiff's attorney, whose address is

P.O. Box 966, Framingham, MA 01701-0966 ............................................, an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Witness, SUZANNE V. DEL VECCHIO Esquire,** at Barnstable, the .............. 8th .............................

day of ...... October ..............................., in the year of our Lord two thousand and ...four...................

_Scott W. Nickerson_  Clerk

**NOTE:**  When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

SUPERIOR COURT
BARNSTABLE SS

FILED    OCT 2 5 2004

*Scott W. Nickerson* Clerk

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 04-605A

VINCENZO NARDI,

Plaintiff

v.

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., STEPHEN M. KING,
VILLAGE COSMETICS, and HENNING
KREKE,

Defendants

**FIRST AMENDED COMPLAINT**

## COUNT I

### *(False Advertising and Lanham Act, 15 USC §1125(a) and Section 43(a))*

1.    The plaintiff, Vincenzo Nardi, d/b/a Vincent Nardi Salon Spa, with his offices located in Delray Beach, State of Florida and his name is or has been used in salons in the states of Florida, New York, New Jersey and California as well.

2.    The defendant, Stephen M. King, is the president of the defendant, King & I Sales and Distribution Company, Inc. (collectively as "Distributor"), both with offices at 41 Main Street, Orleans, and 399 Route 28, South Orleans, Barnstable County, Massachusetts.

3.    The defendant, Henning Kreke, is the president of the defendant, Village Cosmetics, a German corporation (collectively as "Manufacturer"), and both have offices at Terlaner Strass 12 D-86165 in Augsburg, Germany.

4.    On or about April 26, 2004 and April 27, 2004, respectively, the plaintiff's attorney, in writing, notified both the Distributor and the Manufacturer of his claims. Copies of said letters are

annexed hereto and collectively marked as Exhibit A.

5.      The plaintiff, Vincenzo Nardi, was known in Manhattan as the hair advisor to the rich and famous. For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C. to maintain her hair. Mr. Nardi has appeared numerous time on network T.V. and his name is synonymous with salons and spas and products sold therein.

6.      Customers of Mr. Nardi have brought to him a product entitled "Fresh Lemon Bath and Shower Gel by Vincenzo Nardi," that had been purchased at a Marshall's store in Florida, manufactured by the Manufacturer and distributed by the Distributed in the United States. The product was sold to companies with numerous stores, such as TJX Corporation of Natick, Massachusetts.

7.      Customers of Mr. Nardi have bought the Manufacturer's products because it had Vincenzo Nardi's name on it. Annexed hereto are photographs of the containers for products entitled "Sea Breeze," "Fresh Lemon," Sweet Vanilla," "Spring Water," Tender Cocoa," "Pink Grapefruit" and "Caribbean Coconut," all of which are or have been sold in the U.S. by the Distributor to companies with multiple stores, such as the TJX Corporation, which owns the "Marshall" stores. Photocopies of these products from the advertising on the Distributor's Website are annexed hereto and collectively marked as Exhibit B.

8.      Many years ago the plaintiff met with individuals from Germany who wanted to use his name in selling products but no agreement was ever entered into. The plaintiff had no idea that his name had been used to market products as he never gave permission to anyone to use his name and good will.

9.      Accordingly the Distributor and the Manufacturer have:

      a.      Made a false or misleading statement in a commercial advertisement about these products;

b.    Said statement actually deceives or has the tendency to deceive a substantial segment of customers;

c.    The deception is material and likely to influence the purchasing decision;

d.    The defendants have placed the statement into interstate commerce; and

e.    The plaintiff has been or is likely to be injured as a result of the statement.

10.    The deceptive advertisement or selling products under plaintiff Vincenzo Nardi's name violates Section 43(a) of the Lanham Act, codified at 15 U.S.C. § 1125(A), which prohibits the defendants from using false, misleading or disparaging representations of fact that misrepresent the nature, characterizations or qualities of its own or the plaintiff's products and as a result, the plaintiff has incurred damages.

## COUNT II

### *(Constructive Trust/Unjust Enrichment)*

The plaintiff incorporates by reference and realleges paragraphs numbered 1 through 10 inclusive, as if fully set forth herein.

11.    With regard to all funds received by the defendants as a result of the sales of product with Vincenzo Nardi's name on them, that the court create a constructive trust over these funds and/or over a fair and just amount of said funds to be paid to the plaintiff to avoid unjust enrichment by the unauthorized use of the plaintiff's name.

## COUNT III

### *(G.L. Chapter 93A)*

The plaintiff incorporates by reference and realleges paragraphs numbered 1 through 11 inclusive, as if fully set forth herein.

12.    All of the defendants are in trade or commerce in Massachusetts so as to come within the purview of G.L. Chapter 93A and their actions hereinbefore complained of occurred primarily and substantially in Massachusetts, as for example, TJX Corporation ordered the products and received them and was solicited by the Distributor, all in this Commonwealth.

13.    By the above-stated actions, the defendants have violated the Lanham Act and G.L. Chapter 93A.

14.    The defendants' actions, as set forth herein, constituted unfair and/or deceptive business practices and/or acts in violation of G.L. Chapter 93A and said actions were knowingly, willfully and intentionally committed.

15.    The plaintiff has suffered monetary loss and has equitable claims as a direct result of the defendants' unfair and/or deceptive business practices and/or acts pursuant to G.L. Chapter 93A.

## PRAYERS FOR RELIEF

1.    Award to the plaintiff compensatory damages in an amount which may be proven at trial, together with prejudgment interest at the maximum rate allowed by law and to require the defendants to disgorge all funds wrongfully obtained using the plaintiff's name.

2.    Award to plaintiff treble damages;

3.    Award to plaintiff his costs and expenses incurred in this action, including reasonable attorney, accountant and expert fees;

4.    Award to plaintiff such other and further relief as this court may deem meet, just and proper.

## JURY CLAIM

The plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Vincenzo Nardi
Plaintiff
By his Attorney


Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX & GALVANI, LLP
550 Cochituate Road - P.O. Box 966
Framingham, MA  01701-0966
(508) 620-0140

Dated: October 20, 2004



**THE TJX COMPANIES, INC.**

*VIA FAX 508/875-7728*

April 23, 2004

Evans J. Carter, Esq.
Hargraves, Karb Wilcox & Galvani
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701

Dear Mr. Carter:

Reference is made to your letter to me of April 21, 2004. I have been informed that our vendor for the product referenced in your letter is The King & I, P.O. Box 615, South Orleans, MA 02662. Stephen King can be reached at 508/255-0584 ext. 101. The King & I acts as the distributor for Village Cosmetics, located in Augsburg, Germany.

Very truly yours,
THE TJX COMPANIES, INC.

Ann McCauley
Vice President, Legal

cc:    Stephen King (via fax 508/255-8898)

AM/scm

# HARGRAVES, KARB, WILCOX & GALVANI, LLP

### Attorneys at Law

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone  (508) 620-0140
Telefax    (508) 875-7728

April 27, 2004

**BY FAX: 011-49-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**

Henning Kreke, President
Village Cosmetics
Terlaner Strass 12 D-86165
Augsburg, Germany

Re:    Vincenzo Nardi d/b/a Vincenzo Nardi Salon Spa
       with Salons at Manahattan (2), New Jersey and Florida

Dear Mr. Kreke:

I have been retained as local counsel in Massachusetts for the above-stated Vincenzo Nardi, who was known in Manhattan as the hair advisor to the rich and famous.  For example, the late Jacquelyn Kennedy Onassis used to have Mr. Nardi come to Washington, D.C., to maintain her hair. Mr. Nardi has appeared numerous times on network T.V. and his name is synonymous with salons and spas and products sold therein.

I enclose a copy of a letter dated 4/26/04 that I faxed to Stephen King, your local distributor.

My client is not looking, at this time, to stop you from selling products using his name but he wants me to negotiate a fair licensing fee, obtain a full accounting on all products that use his name and insure that he is named as a party on your product liability insurance.  He also has some ideas for products of which he has made samples in the skin and hair care markets.

Please contact me this week to discuss this matter.  Time is of the essence.

I remain

Very truly yours,

EVANS J. CARTER

EJC/aec
Enclosure



offering you exclusive imported cosmetics, bath and personal care

**HOME    PRIVACY STATEMENT    CONTACT US    SHOPPING BAG    CHECK OU**

Wednesday, July 9, 2003



La Baignoire - Provence's Luxurious Bubble Bath in Hand Blown Glass and "Cristal" Bottles

Bellvita - Germany's Complete Line of Honey Based Personal Care Products

Feng Shui - Incense Sticks Bath Crystals - Candles Soap - Fragrenced Pebbles

Woods of Windsor Perfumes and Soaps

Badedas - Europe's "Best Kept Secret" with Revitalising Extract of Horsechestnut

Kappus Animal Soaps

Village Cosmetics Vincenzo Nardi

Badedas - Bellvita - Kappus - La Baignoire - Feng Shui - Woods of Windsor - Village Cosmetics Vincenzo Nardi

© 2002 The King and I
All rights reserved.
No portion of this site may be reproduced in whole or in part without written permission of the author.

EXHIBIT
B
tabbies



Wednesday, July 9, 2003

# Village Cosmetics Vincenzo Nardi

## Body Lotions



## Shower Gels



SEA
BREEZE

VINCENZO NARDI
hand and body lotion





(TO PLAINTIFF'S ATTORNEY:    PLEASE CIRCLE TYPE OF ACTION INVOLVED:    CONTRACT    TORT
MOTOR VEHICLE TORT        EQUITABLE RELIEF        OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No. 04-605A

> SUPERIOR COURT
> BARNSTABLE SS
>
> FILED   OCT 2 8 2004
>
> *Scott L. Nickerson*   Clerk

VINCENSO NARDI

VS.

VILLAGE COSMETICS, ET AL.

### SUMMONS

To the above-named defendant  :

You are hereby summoned and required to serve upon ....Evans J. Carter, Esq......

........................................................................................ plaintiff's attorney, whose address is

P. O. Box 966, Framingham, MA 01701-0966 USA .................................., an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Witness,** SUZANNE V. DEL VECCHIO **Esquire,** at Barnstable, the ......8th..............

day of .....October............................., in the year of our Lord two thousand and ..four.................

*Scott W. Nickerson*   Clerk

**NOTE:**  When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

## AFFIDAVIT OF SERVICE OF PROCESS

I, Evans J. Carte, Esq., under oath and based on personal knowledge depose and say as follows:

2. Pursuant to M.G.L. Chapter 223A, I caused the annexed letter, copy of the Complaint and Summons to be served on the defendant, Village Cosmetics, through its President, Henning Kreke, by Registered Mail.

3. A copy of the signed postal receipt of October 18, 2004 is annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 25TH DAY OF OCTOBER, 2004

_____
Evans J. Carter

# HARGRAVES, KARB, WILCOX & GALVANI, LLP
**Attorneys at Law**

Evans J. Carter, P.C.

550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

Telephone (508) 620-0140
Telefax    (508) 875-7728

October 8, 2004

<u>REGISTERED MAIL</u>

Henning Kreke, President
Village Cosmetics
Terlaner Strass 12, D-86165
Augsburg, Germany

Re:    Vincenzo Nardi v. Henning Kreke and Village Cosmetics, et al.
       Barnstable Superior Court - Civil Action No. 04-605A

Dear Mr. Kreke:

Pursuant to Massachusetts General Laws Chapter 223A. service of process is herewith made upon you.

Enclosed herewith you will find a Summons and a copy of the Complaint in this action. You or your attorney should file a responsive pleading with the court in or within twenty (20) days of your receipt of this letter or you may be defaulted.

On October 1, 2004, Martin Fleit, Esq., advised me that he would <u>not</u> accept service of process for you.

I remain

Very truly yours,

EVANS J. CARTER

EJC/aec
Enclosures

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:   CONTRACT    TORT
MOTOR VEHICLE TORT        EQUITABLE RELIEF                    OTHER)

# Commonwealth of Massachusetts

BARNSTABLE, ss.

SUPERIOR COURT
No. 04-605A

```
SUPERIOR COURT
BARNSTABLE SS

FILED   OCT 28 2004

        Scott W. Nickerson  Clerk
```

VINCENZO NARDI

VS.

HENNING KEEKE, ET AL.

## SUMMONS

To the above-named defendant  :

You are hereby summoned and required to serve upon ............................... Evans J. Carter, Esq.
..................................................................................................... plaintiff's attorney, whose address is
P.O. Box 966, Framingham, MA 01701-0966 USA ........................................., an answer to the
complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Barnstable either before service upon plaintiff's attorney or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**Witness,** SUZANNE V. DEL VECCHIO **Esquire,** at Barnstable, the ........8th..............................................

day of .......October............................................., in the year of our Lord two thousand and ....four..........................

*Scott W. Nickerson*  Clerk

**NOTE:**  When more than one defendant is involved, the names of all defendants shall appear in the caption. If a
separate summons is issued for each defendant, each should be addressed to the particular defendant.

## NOTICE TO DEFENDANT

You need not appear personally in court to answer the complaint but if you claim to have a defense,
either you or your attorney must serve a copy of your written answer within 20 days as specified
herein and also file the original in the Clerk's office.

## AFFIDAVIT OF SERVICE OF PROCESS

I, Evans J. Carte, Esq., under oath and based on personal knowledge depose and say as follows:

2.      Pursuant to M.G.L. Chapter 223A, I caused the annexed letter, copy of the Complaint and Summons to be served on the defendant, Henning Kreke, individually, by Registered Mail.

3.      A copy of the signed postal receipt of October 18, 2004 is annexed hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 25TH DAY OF OCTOBER, 2004

Evans J. Carter

# HARGRAVES, KARB, WILCOX & GALVANI, LLP
### Attorneys at Law

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone (508) 620-0140
Telefax    (508) 875-7728

October 8, 2004

<u>REGISTERED MAIL</u>

Mr. Henning Kreke
c/o Village Cosmetics
Terlaner Strass 12, D-86165
Augsburg, Germany

> Re:  Vincenzo Nardi v. Henning Kreke and Village Cosmetics, et al.
>       Barnstable Superior Court - Civil Action No. 04-605A

Dear Mr. Kreke:

Pursuant to Massachusetts General Laws Chapter 223A. service of process is herewith made upon you.

Enclosed herewith you will find a Summons and a copy of the Complaint in this action. You or your attorney should file a responsive pleading with the court in or within twenty (20) days of your receipt of this letter or you may be defaulted.

On October 1, 2004, Martin Fleit, Esq., advised me that he would <u>not</u> accept service of process for you.

I remain

Very truly yours,

EVANS J. CARTER

EJC/aec
Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

VINCENZO NARDI,
    Plaintiff,

v.

THE KING & I SALES AND
DISTRIBUTION COMPANY, INC.,
STEPHEN M. KING, VILLAGE COSMETICS,
AND HENNING KREKE,
    Defendants.

04 CV 12345 DPW

## NOTICE OF REMOVAL OF DEFENDANTS

Defendants, The King & I Sales and Distribution Company, Inc., Stephen M. King,

Village Cosmetics, and Henning Kreke (collectively hereinafter "Defendants"), hereby remove

the within action from the Barnstable County Superior Court to the United States District Court

for the District of Massachusetts pursuant to 28 U.S.C., §§1331, 1441(a) and (b), and 1446(a).

As grounds for the removal of this action, Defendants state as follows:

    1.    The plaintiff commenced a civil action in the Barnstable County Superior Court in

or about October, 2004, captioned *Vincenzo Nardi, v. The King & I Sales and Distribution*

*Company, Inc., et al.*, Barnstable County Superior Court Civil Action No. 04-605A.

    2.    Service of the Summons and Complaint was attempted on the Defendants on or

about October 15-18, 2004. An Amended Complaint dated October 20, 2004 was later served on

at least some of the Defendants.

    3.    The plaintiff's Amended Complaint alleges federal statutory claims based on 15

U.S.C. §1125(A), a section of the Lanham Act.

ID # 411147v01/14323-2/ 11.03.2004

4.    This Court has subject matter jurisdiction over this controversy, pursuant to 28 U.S.C., §1331, federal question jurisdiction.

5.    Attached hereto, pursuant to 28 U.S.C., §1446(a), are copies of the Summons, Complaint and First Amended Complaint.  Defendants reserve all rights to challenge service in this action.

Defendants,
By their Attorney,

Gary W. Smith, Esq.
BBO #550352
Posternak Blankstein & Lund LLP
800 Boylston Street
Boston, MA  02199
Tel.  (617) 973-6277

ID # 411147v01/14323-2/ 11.03.2004

2

## CERTIFICATE OF SERVICE

I, Gary W. Smith certify that I served a copy of the within Notice of Removal of Defendants on Evans J. Carter, Esq., Hargraves, Karb, Wilcox & Galvani, LLP, 550 Cochituate Road, PO Box 966, Framingham, MA 01701-0966 by first-class mail, postage prepaid, on November 4, 2004.

Gary W. Smith

ID # 411147v01/14323-2/ 11.03.2004

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS

SUPERIOR COURT
CIVIL ACTION NO.: 04-605A

VINCENZO NARDI,                                    )
      Plaintiff,                                  )
                                                   )
v.                                                 )
                                                   )
THE KING & I SALES AND                             )
DISTRIBUTION COMPANY, INC.,                        )
STEPHEN M. KING, VILLAGE COSMETICS,                )
AND HENNING KREKE,                                 )
      Defendants.                                 )
                                                   )

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441(a) and (b), and 1446(d), and without waiving any

defenses, Defendants hereby give notice that this matter is removed to the United States District

Court for the District of Massachusetts.  Attached hereto as Exhibit A is a certified copy of the

Notice of Removal filed on this day in the United States District Court for the District of

Massachusetts.

Defendants,
By their Attorney,

_____
Gary W. Smith, Esq.
BBO #550352
Posternak Blankstein & Lund LLP
800 Boylston Street
Boston, MA  02199
Tel.  (617) 973-6277

ID # 411156v01/14323-2/ 11.02.2004

## CERTIFICATE OF SERVICE

I, Gary W. Smith certify that I served a copy of the within Notice of Filing of Removal on Evans J. Carter, Esq., Hargraves, Karb, Wilcox & Galvani, LLP, 550 Cochituate Road, PO Box 966, Framingham, MA 01701-0966 by first-class mail, postage prepaid, on November 4, 2004.

Gary W. Smith

04 12345 DPW

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Vincenzo Nardi

**DEFENDANTS**

The King & I Sales and Distribution Company, Inc., Stephen M. King, Village Cosmetics and Henning Kreke

**(b)** County of Residence of First Listed Plaintiff  **Palm Beach**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  **Barnstable**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Evans J. Carter   (508) 620-0140
Hargraves Karb, Wilcox & Galvani, LLP
550 Cochituate Road, PO Box 966
Framingham, MA  01701

Attorneys (If Known)  617-973-6100
Gary Smith
Posternak, Blankstein & Lund LLP
800 Boylston Street, Boston, MA 02199

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
     Plaintiff

☒ 3  Federal Question
     (U.S. Government Not a Party)

☐ 2  U.S. Government
     Defendant

☐ 4  Diversity
     (Indicate Citizenship of Parties
     in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  Original
     Proceeding

☒ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     another district
     (specify)

☐ 6  Multidistrict
     Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION   (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

The plaintiff alleges a violation of the Lanham Act and false advertising arising from the alleged wrongful use of the plaintiff's name.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE

DOCKET NUMBER

DATE
11/04/04

SIGNATURE OF ATTORNEY OF RECORD
Gary Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Vincenzo Nardi v. The King & I Sales and Distribution Co., Inc., et al

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

☐ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☒ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. 　*Also complete AO 120 or AO 121 for patent, trademark or copyright cases

☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

☐ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

☐ V. 150, 152, 153.

04 CV 12345 DPW

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐  NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

YES ☐  NO ☒

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐  NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐  NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☐  NO ☒

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐  Central Division ☐  Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☒  Central Division ☐  Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐  NO ☒

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Gary Smith

ADDRESS Prudential Tower, 800 Boylston Street, Boston, MA  02199

TELEPHONE NO. 617-973-6100

(Coversheetlocal.wpd - 10/17/02)