COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENZO NARDI,<br>                    Plaintiff<br>v.<br><br>THE KING & I SALES AND DISTRIBUTION COMPANY, INC., STEPHEN M. KING, VILLAGE COSMETICS, AND HENNING KREKE,<br>                    Defendants | CIVIL ACTION NO. 04-12345DPW |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to F.R.C.P. No. 41(a)(1)(ii), stipulate that said complaint be and hereby is dismissed, with prejudice.

VINCENZO NARDI,
Plaintiff
By his Attorney,

_____
Evans J. Carter, Esq. (BBO #076560)
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road - Post Office Box 966
Framingham, MA  01701-0966
(508) 620-0140

THE KING & I SALES AND DISTRIBUTION
COMPANY, INC., et al., Defendants
By their Attorney,

_____
Gary W. Smith Esq. (BBO #550352)
Posternak Blankstein & Lund LLP
800 Boylston Street
Boston, MA 02199
(617) 973-6277

DATED: ~~January~~ February 22, 2005